USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Aly Hassan,

                            Plaintiff,

       - against -

Farah Foods, Inc. et al.,

                          Defendants.
------------------------------------------------------------X

22-cv-9182 (MKV) (RWL)

**TELEPHONE
CONFERENCE ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This case has been referred to me for settlement. A telephone conference will be held on **March 1, 2023, at 11:00 a.m.** in advance of a settlement conference. The parties are instructed to review and adhere to Judge Lehrburger's Individual Practices and Settlement Conference Procedures. The parties shall call the teleconference line at **(888)-398-2342** and enter access code: **9543348**. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Defendant.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: 2/16/2023
       New York, New York

Copies transmitted to all parties of record.

Abdul-Hady M. Kheder (pro se)
445 White Horse Avenue
Suite 202
Hamilton TWP., N.J. 08610