```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Aly Hassan,                                                 :
                                                            :
                            Plaintiff,                      :
                                                            :
            - against -                                     :
                                                            :
                                                            :
Farah Foods, Inc., et al.,                                  :
                                                            :
                            Defendants.                     :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2023

22-cv-9182 (MKV) (RWL)

**SETTLEMENT CONFERENCE ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

A settlement conference before Judge Robert W. Lehrburger is hereby re-scheduled for **April 18, 2023, at 9:30 a.m. to be conducted via Microsoft Teams. A link will be emailed to the parties one week, prior to the conference.** The parties are instructed to review and adhere to Judge Lehrburger's individual Settlement Conference Procedures. The parties are further instructed to submit their pre-conference submissions, along with their Attendance Acknowledgment Form (available in pdf fillable format as attachment to the Settlement Conference Procedures) no later than April 11, 2023, by 5:00 p.m. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Defendant.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: 3/3/2023
        New York, New York

Copies transmitted this date to all parties of record and mailed to:

Abdul-Hady M. Kheder
445 White Horse Avenue- Suite 202
Hamilton TWP, N.J. 08610